DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt, Copeland & Smith, J. Lundie Smith,* contra.

## 37278. STATE HIGHWAY DEPARTMENT v. PARRAMORE et al.

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Copeland & Smith, J. B. Copeland, Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt,* contra.

## 37279. STATE HIGHWAY DEPARTMENT v. EBERHARDT et al.

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Eberhardt, Franklin, Barham & Coleman, O. W. Franklin, Jr., Copeland & Smith, J. Lundie Smith,* contra.

37384. STATE HIGHWAY DEPARTMENT *v.* RAINES *et al.*

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108). and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, John L. Jernigan, Deputy Assistant Attorney-General, John R. Rogers,* for plaintiff in error.

*James H. Pate, Reinhardt & Ireland, Bob Reinhardt,* contra.

37390. STATE HIGHWAY DEPARTMENT *v.* HOLLAND.

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.